PS 42
(Rev 7/93)

# United States District Court

### Western District of Tennessee

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| vs ) | |
| ) | Case No. 05-20010-04 |
| Martha Jane Diana ) | |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Martha Jane Diana, have discussed with Stephanie K. Denton, Pretrial Services Officer, modification of my release condition as follows:

Participate in mental health treatment if deemed advisable by Pretrial Services.

I consent to this modification of my release conditions and agree to abide by this modification.

_Martha Jane Diana_  4/11/05    _Stephanie K Denton_  4/8/05
Signature of Defendant    Date    Pretrial Services Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_  4/11/05
Signature of Defense Counsel    Date

[✓] The above modification of conditions of release is ordered, to be effective on  04-21-05.

[ ] The above modification of conditions of release is <u>not</u> ordered.

_S. Thomas Anderson_   04-21-05
Signature of Judicial Officer    Date

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  4-22-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 77 in case 2:05-CR-20110 was distributed by fax, mail, or direct printing on April 22, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Walter L. Bailey
WALTER BAILEY & ASSOCIATES
100 North Main St.
Ste. 3002
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT